Attorney for Debtor
Christopher Mark Winslow #76156
**Law Office of Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Howard F. Cochran
Maria C. Richards                                           Case No. 13-34528
1324 Goswick Ridge Road                                     Chapter 13
Midlothian, VA 23114                                        Trustee: Robert E. Hyman
Last four digits of SSN: xxx-xx-9952
Last four digits of Joint SSN: xxx-xx-5903

### APPLICATION FOR SUPPLEMENTAL COMPENSATION
### OF ATTORNEY FOR DEBTOR

Christopher M. Winslow, attorney for Howard F. Cochran & Maria C. Richards applies for approval and payment of supplemental compensation (including reimbursement of expenses) as attorney for the debtor in the amount of $250. The attorney settled a Motion for Relief which was filed on May 2, 2014 and the Order was entered on June 4, 2014.

1. The period covered by this application is from May 2, 2014 through October 21, 2014.

2. Fees in the amount of $3,000 having previously been paid by the debtor or approved for payment through the plan.

3. A summary of the services for which compensation is requested is as follows: The attorney settled a Motion for Relief which was filed on May 2, 2014 and the Order was entered on June 4, 2014.

Respectfully submitted:

/s/ Christopher M. Winslow
Christopher M. Winslow
Attorney for Debtor
Howard F. Cochran & Maria C. Richards

### CERTIFICATE

I hereby certify that I have on October 21, 2014, transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to: the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/Christopher M. Winslow
Christopher M. Winslow for
Howard F. Cochran & Maria C. Richards

Attorney 045266
Christopher Mark Winslow #76156
**Law Office of Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Howard F. Cochran
Maria C. Richards                           Case No. 13-34528
1324 Goswick Ridge Road                     Chapter 13
Midlothian, VA 23114                        Trustee: Robert E. Hyman
Last four digits of SSN: xxx-xx-9952
Last four digits of Joint SSN: xxx-xx-5903

### NOTICE OF MOTION

Christopher M. Winslow, attorney for **Howard F. Cochran & Maria C. Richards** has filed an Application for Supplemental Fees with the court.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, of if you want the court to consider your views on the motion, then on or before 14 days from October 21, 2014, you or your attorney must:

x   File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 E. Broad Street, Suite 4000
        Richmond, VA  23219-3515

You must also mail a copy to:

Christopher M. Winslow, Esquire       Office of the U.S. Trustee
1324 Sycamore Square, 202C            701 East Broad Street, Suite 4304
Midlothian, VA  23113                 Richmond, VA  23219-3515

Robert E. Hyman
P.O. Box 1780
Richmond, VA  23219

☐   Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐ Attend the hearing on the motion scheduled to be held on _____10/21/14___ at __38___ ___m. at United Bankruptcy Court, 701 E. Broad Street, Suite 5000/5100, Richmond, VA  23219-3515.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  October 21, 2014

        /s/Christopher M. Winslow
        Christopher Mark Winslow #76156
        **Law Office of Winslow &**
        **McCurry, PLLC**
        1324 Sycamore Square, Suite 202C
        Midlothian, VA 23113
        (804) 423-1382

## Certificate of Service

I hereby certify that on October 21, 2014, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to:  the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

        /s/Christopher M. Winslow
        Christopher M. Winslow for
        Howard F.  Cochran & Maria C. Richards

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 13-34528-KLP<br>Eastern District of Virginia<br>Richmond<br>Mon Oct 20 20:15:12 EDT 2014 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Bb&T<br>Po Box 2027<br>Greenville, SC 29602-2027 |
| Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Credit Adjustment Bo<br>306 East Grace Street<br>Richmond, VA 23219-1795 | Horizon Fin<br>00000-0000 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA  19101-7346 | J L Walston & Associates<br>326 S Main St<br>Emporia, VA 23847-2028 |
| Piedmont Medical Care<br>3101 Latrobe Drive<br>Charlotte, NC 28211-4849 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Robert Vaughn<br>3705 Fort Ave.<br>Salem, VA 24153-2010 |
| Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265-7504 |
| Winslow & McCurry, PLLC<br>Christopher M. Winslow<br>1324 Sycamore Square<br>Suite 202C<br>Midlothian, VA 23113-4668 | Christopher Mark Winslow<br>Winslow & McCurry, PLLC<br>1324 Sycamore Square, Suite 202C<br>Midlothian, VA 23113-4668 | Howard F. Cochran<br>1324 Goswick Ridge Road<br>Midlothian, VA 23114-5508 |
| Judy A. Robbins 11<br>Office of the U.S. Trustee - Region 4 -R<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219-1849 | Maria C. Richards<br>1324 Goswick Ridge Road<br>Midlothian, VA 23114-5508 | Robert E. Hyman<br>P.O. Box 1780<br>Richmond, VA 23218-1780 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Po Box 1847<br>Wilson, NC 27894 | (d)Bb&T<br>Po Box 2306<br>Wilson, NC 27894-0000 | Internal Revenue Service<br>Insolvency Unit<br>Post Office Box 21126<br>Philadelphia, PA 19114-0000 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Branch Banking & Trust Company | (u)Standard Insurance Company | (u)David & Stephanie Kraft |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29